UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELIZABETH GARRITY,**

    **Plaintiff,**

VS.                                                                                        Case No.: 8:18-cv-00112-CEH-TBM

**MEDICREDIT, INC.**

    **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Now come the parties, through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action without prejudice, with each party to bear its own fees and costs.

Date: March 21, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ William B. Bowles, Jr.* | */s/ Lara J. Peppard* |
| William B. Bowles, Jr., Esq. | Lara J. Peppard |
| Florida Bar No.: 0122998 | Florida Bar No. 0520055 |
| The Consumer Protection Firm | OGLETREE, DEAKINS, NASH, SMOAK |
| 4030 S. Henderson Blvd | & STEWART, P.C. |
| Tampa, FL 33629 | 100 North Tampa Street, Suite 3600 |
| Telephone: (813) 500-1500 | Tampa, Florida 33602 |
| Fax: (813) 435-2369 | Telephone:(813) 289-1247 |
| BillBowles@theconsumerprotectionfirm.com | Facsimile:(813) 289-6530 |
| | Email: lara.peppard@ogletreedeakins.com |
| | Email:grace.nichols@ogletreedeakins.com |
| *Attorney for Plaintiff* | */s/ Jamie N. Cotter* |
| | Jamie N. Cotter, Esq. |
| | Admitted pro hac |
| | Colorado Bar No. #40309 |
| | Spencer Fane LLP |
| | 1700 Lincoln Street, Suite 2000 |
| | Denver, CO 80203 |
| | |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served via the Court's CM/ECF system on counsel of record, this 21st day of March, 2018.

/s/ *William B. Bowles, Jr.*
William B. Bowles, Jr. Esq.
Florida Bar No. 0122998
William Peerce Howard, Esquire
Florida Bar No. 0103330
The Consumer Protection Firm
4030 Henderson Blvd.
Tampa, Fl 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
BillBowles@theconsumerprotectionfirm.com
Billy@theconsumerprotectionfirm.com
*Attorney for Plaintiff*