UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH GARRITY,

    Plaintiff,

v.        Case No: 8:18-cv-112-T-36CPT

MEDICREDIT, INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation for Dismissal without Prejudice (Doc. 20). In accord with the Joint Stipulation for Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation for Dismissal without Prejudice is **APPROVED** (Doc. 20).

2) This cause is dismissed, without prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 21, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record